IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02287-BNB

MATTHEW JOSEPH SUND,
Applicant,

v.

JAMES M. WINDER, and
OFFICER STONE,
Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Matthew Joseph Sund is a prisoner in the custody of the Salt Lake County Sheriff's Office in Salt Lake City, Utah. Mr. Sund initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On November 3, 2008, he filed an amended habeas corpus application on the proper form along with a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The motion seeking leave to proceed *in forma pauperis* pursuant to § 1915 will be granted.

The Court must construe the amended application liberally because Mr. Sund is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the action.

"Writs of habeas corpus may be granted by the . . . district courts . . . within their respective jurisdictions." 28 U.S.C. § 2241(a). As a result, an application for a writ of

habeas corpus pursuant to § 2241 "must be filed in the district where the prisoner is confined." ***Bradshaw v. Story***, 86 F.3d 164, 166 (10th Cir. 1996). Mr. Sund is not incarcerated in Colorado. He is incarcerated at the Salt Lake County jail in Salt Lake City, Utah. Therefore, the Court lacks jurisdiction over the instant habeas corpus action. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on November 3, 2008, is granted. It is

FURTHER ORDERED that the habeas corpus application and the amended application are denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED at Denver, Colorado, this 12 day of Nov, 2008.

BY THE COURT:

Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02287-BNB

Matthew Joseph Sund
Prisoner No. 237595
3415 S 900 West
Salt Lake City, UT 84119-4103

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/13/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk